**Vincent J. DeFELICE, Jr., Appellant,**

v.

**PHILADELPHIA BOARD OF EDUCATION and Mark R. Shedd, Superintendent of Schools of Philadelphia.**

**No. 18486.**

United States Court of Appeals, Third Circuit.

Argued Nov. 5, 1970.

Decided Nov. 17, 1970.

Benjamin Pomerantz, Philadelphia, Pa., for appellant.

Martin Horowitz, School District of Philadelphia, Legal Counsel, Philadelphia, Pa., for appellees.

Before BIGGS, MARIS and VAN DUSEN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

The judgment of the court below will be affirmed upon the careful and well reasoned opinion of Judge Fullam, D.C., 306 F.Supp. 1345.

**Michael Sidney LINEKER, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 24998.**

United States Court of Appeals, Ninth Circuit.

Nov. 13, 1970.

Rehearing Denied Dec. 4, 1970.

Michael Sidney Lineker, in pro. per.

Richard K. Burke, U. S. Atty., JoAnn D. Diamos, Asst. U. S. Atty., Tucson, Ariz., for appellee.

Before HAMLEY, MERRILL and KOELSCH, Circuit Judges.

PER CURIAM:

The denial of the application for relief under 28 U.S.C. § 2255 is affirmed on the authority of United States v. Weber, 429 F.2d 148 (9th Cir. 1970).

On appeal, petitioner also advances several other contentions in an attempt to show that his plea was not voluntarily and intelligently made. None of the contentions were presented to the District Court and we decline to consider them here.